

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

September 22, 2025

**VIA ECF**

The Honorable Jesse M. Furman
Southern District of New York
United States Courthouse
500 Pearl Street, Ctrm 24B
New York, NY 10007

    Re:    *ViralDRM LLC v. Univision Communications Inc.*, 1:25-cv-6085-JMF

Dear Judge Furman:

    We represent Defendant Univision Communications Inc. and write to request a continuance of the initial case conference currently scheduled for October 1, 2025 at 9:00 am (and associated filing deadlines). Univision seeks this continuance because I, lead counsel, will be abroad on a previously scheduled vacation from September 26, 2025 through October 5, 2025. This is Univision's first request for an extension of time in this action. Plaintiff's counsel consents to the request. There are no other deadlines or matters scheduled yet in this action.

Application GRANTED.  The initial pretrial conference previously scheduled for October 1, 2025 at 9:00 a.m. is ADJOURNED to **October 16, 2025 at 9:00 a.m.** The parties are reminded that they must file on ECF no later than Thursday of the week prior to the initial pretrial conference a joint letter, the contents of which are described in the Court's order scheduling the initial pretrial conference (ECF No. 7).

The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

*[signature]*

September 22, 2025

Respectfully submitted,

/s/ Cynthia S. Arato
Cynthia S. Arato