UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VIRAL DRM, LLC,

                              Plaintiff,                              25 Civ. No. 6085 (JMF)

        -against-                                      **PRE-SETTLEMENT
                                                                  CONFERENCE ORDER**

UNIVISION COMMUNICATIONS
INC.,

                              Defendant.
----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, November 4, 2025 at 11:30 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 291 950 924#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to be held between the dates of November 20, 2025 and December 11, 2025.

       **SO ORDERED.**

DATED:    New York, New York
                 October 22, 2025

                                                                    _____
                                                                   The Honorable Gary Stein
                                                                    United States Magistrate Judge